**Order entered December 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00616-CR
No. 05-19-00617-CR
No. 05-19-00618-CR
No. 05-19-00619-CR
No. 05-19-00620-CR

**GABINO ALBERTO ARBALLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 219-83311-2018, 219-84196-2018,
219-84197-2018, 219-84547-2018 & 219-84548-2018**

## ORDER

Before the Court is appellant's November 27, 2019 second motion for extension of time to file his brief. Appellant has tendered his brief. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE